IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES O. OGLE                                              PETITIONER

VS.                                      CASE NO. 1:01-cr-29-DCB

UNITED STATES OF AMERICA                                   RESPONDENT

<u>ORDER</u>

Before the Court is Petitioner, James O. Ogle's Motion for Early Termination of Supervised Release [Docket Entry 193]. Having carefully considered all issues, the Court is of the opinion that the relief requested should be and is hereby DENIED.

SO ORDERED this the <u> 19th </u> day of January, 2012.


<u>     s/David Bramlette     </u>
UNITED STATES DISTRICT JUDGE